**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Antoinisha Bertha Wells          CHAPTER 13
                Debtor(s)

BKY. NO. 22-10087 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                              Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
24 Jan 2022, 12:10:14, EST

         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322