# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CHAPTER 13 |
| ANTOINISHA BERTHA WELLS | : |  |
|  | : |  |
| Debtor(s) | : | No. 22-10087 mdc |

## DEBTOR'S PRAECIPE TO CHANGE ADDRESS

TO THE CLERK OF THE BANKRUPTCY COURT:

COMES NOW, ANTOINISHA BERTHA WELLS, the above-captioned Debtor, by and through counsel of record herein, Michele Perez Capilato, Esquire, and respectfully requests that Debtor's mailing address of record be changed as follows:

> 1141 Rising Sun Avenue
> Philadelphia, PA 19140

Dated:  May 21, 2022                    MICHELE PEREZ CAPILATO, ESQUIRE

/s/ Michele Perez Capilato
Michele Perez Capilato, Esquire
I.D. No. 90438
Attorney for Debtor
500 Office Center Drive
Suite 400
Fort Washington, PA 19034
(267) 513-1777
Fax 1 (866) 535-8160
Attorney for Debtor