United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10087-mdc |
| Antoinisha Bertha Wells | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 17, 2022 | Form ID: 155 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Antoinisha Bertha Wells, 1141 Rising Sun Avenue, Apt# 5, Philadelphia, PA 19140-5307 |
| 14664301 | + | M&T Bank, c/o Rebecca Solarz, Esq., 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 14661902 | + | Younomics, 35 E 21st Street, New York, NY 10010-6212 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14661893 | + | Email/Text: bk@avant.com | Nov 18 2022 00:07:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 14677353 | | Email/Text: megan.harper@phila.gov | Nov 18 2022 00:07:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14661895 | | Email/Text: megan.harper@phila.gov | Nov 18 2022 00:07:00 | City of Philadelphia, Water Revenue Bureau, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14661896 | + | Email/Text: bncnotifications@pheaa.org | Nov 18 2022 00:06:00 | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14661894 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 18 2022 00:17:11 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14671979 | + | Email/Text: RASEBN@raslg.com | Nov 18 2022 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14673511 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:17:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14668092 | | Email/Text: camanagement@mtb.com | Nov 18 2022 00:06:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14661897 | | Email/Text: camanagement@mtb.com | Nov 18 2022 00:06:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14663994 | ^ | MEBN | Nov 18 2022 00:02:06 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14674507 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 18 2022 00:07:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14661898 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 18 2022 00:07:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14665356 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 18 2022 00:07:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14661899 | + | Email/Text: bnc@nordstrom.com | | |

District/off: 0313-2                                    User: admin                                        Page 2 of 2

Date Rcvd: Nov 17, 2022                            Form ID: 155                                    Total Noticed: 20

| | | | Nov 18 2022 00:06:11 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14661900 | + | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Nov 18 2022 00:17:05 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14675177 | | Email/Text: bncnotifications@pheaa.org | | |
| | | | Nov 18 2022 00:06:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14661901 | ^ | MEBN | | |
| | | | Nov 18 2022 00:01:59 | Waypoint Resource Group, Attn: Bankruptcy, 301 Sundance Parkway, Round Rock, TX 78681-8004 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:**

**Name**                          **Email Address**

BRIAN CRAIG NICHOLAS
                          on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

KENNETH E. WEST
                          ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                          on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELE PEREZ CAPILATO
                          on behalf of Debtor Antoinisha Bertha Wells perezcapilatolaw@yahoo.com
                          michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Antoinisha Bertha Wells
     Debtor(s)                                             Chapter: 13

                                                                         Bankruptcy No: 22−10087−mdc
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 17, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                         Magdeline D. Coleman
                                                                        Chief Judge ,
                                                                        United States Bankruptcy Court

                                                                                                            34 − 8
                                                                                                            Form 155