UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ANTOINISHA BERTHA WELLS, | : | Case No.: 22-10087-djb |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER GRANTING MOTION OF TIMOTHY ROBERTSON FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §326(d)(2)

AND NOW, on this ___ day of _____, 2025, upon consideration of Timothy Robertson's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)(2), and any related responses or objections thereto, and the Court having found cause for the entry of the within order, it is hereby

ORDERED that the automatic stay provisions of the Bankruptcy Code are lifted for the purpose of allowing the quiet title action captioned *Timothy Robertson v. Antionisha* Wells, in the Philadelphia County Court of Common Pleas, Docket no. 24070490 (the "Quiet Title Action") to proceed with respect only to the determination of title to the property located at 3344 Agate Street, Philadelphia, Pennsylvania.

The Quiet Title Action may be prosecuted to final judgment, and exhaustion of all appeals, if any.

**Date: September 4, 2025**

BY THE COURT:

_____
Derek J. Baker, U.S.B.J.

Copies to:

Michele Perez Capilato, Esquire
Law Office of Michele Perez Capilato
500 Office Center Drive, Suite 400

Fort Washington, PA 19034
*Counsel for Debtor*

Kenneth E. West, Esquire
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107
*Trustee*

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Alan R. Zibelman, Esquire
Philadelphia Lawyers Group, LLC
Two Penn Center, Suite 1030
1500 J.F. Kennedy Boulevard
Philadelphia, PA 19102
*Attorney for Movant, Timothy Robertson*