United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 22-10087-djb
Antoinisha Bertha Wells                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 2
Date Rcvd: Sep 05, 2025                        Form ID: pdf900                     Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Antoinisha Bertha Wells, 1141 Rising Sun Avenue, Apt# 5, Philadelphia, PA 19140-5307 |
| intp | + | Timothy Robertson, 3344 Agate Street, Philadelphia, PA 19134-4504 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALAN R. ZIBELMAN | on behalf of Interested Party Timothy Robertson angela@ziblaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELE PEREZ CAPILATO | on behalf of Debtor Antoinisha Bertha Wells michelecapilatolaw@gmail.com perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |

United States Trustee                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ANTOINISHA BERTHA WELLS, | Case No.: 22-10087-djb |
| Debtor. | |

### ORDER GRANTING MOTION OF TIMOTHY ROBERTSON FOR RELIEF
### FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §326(d)(2)

AND NOW, on this ___ day of _____, 2025, upon consideration of Timothy

Robertson's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)(2), and

any related responses or objections thereto, and the Court having found cause for the entry of the

within order, it is hereby

ORDERED that the automatic stay provisions of the Bankruptcy Code are lifted for the

purpose of allowing the quiet title action captioned *Timothy Robertson v. Antionisha* Wells, in

the Philadelphia County Court of Common Pleas, Docket no. 24070490 (the "Quiet Title

Action") to proceed with respect only to the determination of title to the property located at 3344

Agate Street, Philadelphia, Pennsylvania.

The Quiet Title Action may be prosecuted to final judgment, and exhaustion of all

appeals, if any.

BY THE COURT:

**Date: September 4, 2025**

_____
Derek J. Baker, U.S.B.J.

Copies to:

Michele Perez Capilato, Esquire
Law Office of Michele Perez Capilato
500 Office Center Drive, Suite 400

Fort Washington, PA 19034
*Counsel for Debtor*

Kenneth E. West, Esquire
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107
*Trustee*

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Alan R. Zibelman, Esquire
Philadelphia Lawyers Group, LLC
Two Penn Center, Suite 1030
1500 J.F. Kennedy Boulevard
Philadelphia, PA 19102
*Attorney for Movant, Timothy Robertson*